Scott L. Mullins, OSB No. 142504
scott@mcgaughey-erickson.com
Aurelia Erickson, OSB No. 126170
aurelia@mcgaughey-erickson.com
McGaughey ╫ Erickson
65 SW Yamhill St, Ste. 200
Portland, OR 97204
Telephone: (503) 223-7555
Facsimile:  (503) 525-4833

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SOMERSET SECURITIES, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE OHIO NATIONAL LIFE INSURANCE COMPANY, an Ohio corporation, OHIO NATIONAL LIFE ASSURANCE CORPORATION, an Ohio corporation, and OHIO NATIONAL EQUITIES, INC., an Ohio corporation,<br><br>Defendants. | Case No. 3:20-cv-00508-AC<br><br>**ORDER ON JOINT MOTION TO LIFT STAY AND STIPULATION OF DISMISSAL – FRCP 41(A)(1)(A)(II)** |

THIS MATTER comes before the Court on the Parties' Joint Motion to Lift Stay and Stipulation of Dismissal.

THEREFORE, the parties' Joint Motion to Lift Stay is GRANTED. The order staying proceedings in this case is hereby lifted. Pursuant to the Stipulation of Dismissal, this case is hereby

Page - 1   ORDER ON MOTION TO LIFT STAY AND DISMISS

dismissed with prejudice, with each party bearing its own attorney's fees and costs.

Dated March 4, 2021.

_____
John Acosta
United States Magistrate Judge